UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI GLOBAL SE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLORENS CONTAINER, INC., et al.,<br><br>Defendants. | Case No. 23-cv-02502-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 8, 10 |

On August 1, 2023, Plaintiffs filed a notice of conditional settlement. (Dkt. No. 7.) On August 7, 2023, the Court issued an order to file an order to file a dismissal within 60 days, *i.e.*, October 6, 2023. (Dkt. No. 8.) Plaintiffs did not file a dismissal. Accordingly, on October 12, 2023, the Court issued an order requiring that Plaintiff file a dismissal or status report by November 1, 2023. (Dkt. No. 10.)

To date, Plaintiffs have not filed a dismissal or status report. The Court ORDERS Plaintiffs to show cause, by **December 14, 2023**, why this case should not be reassigned to a district judge with the recommendation that the case be dismissed for failure to prosecute by: (1) filing a dismissal or status report, and (2) explaining why Plaintiffs failed to comply with multiple court orders.

IT IS SO ORDERED.

Dated: November 9, 2023

KANDIS A. WESTMORE
United States Magistrate Judge